**Opinion issued July 3, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00255-CV

———————————

**MIDTOWN EDGE, LP, Appellant**

**V.**

**CAPITAL ASSISTANCE CORP. D/B/A HOUSTON CAPITAL MORTGAGE, JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, AND KENNEDY WILSON AUCTION GROUP, INC., Appellees**

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Case No. 2011-73445

## MEMORANDUM OPINION

Appellant, Midtown Edge, LP, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1;

*see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013), 101.0411 (West Supp. 2013); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 07-9127 (Tex. Aug. 16, 2013). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.